UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**MINUTES**

Case No.:  1:10cv185
Case Caption:  Drake v. Scott

Date:  May 18, 2010 at 11:00 a.m. to 11:25 a.m.
Place: Grand Rapids, MI
Judge: Hon. Robert J. Jonker

Appearances for Plaintiff:  Thomas V. Hubbard
Appearances for Defendant:  Stephen Jay Hulst

**PROCEEDINGS**

**NATURE OF HEARING:**  Rule 16 Scheduling Conference

Clerk:  Melva I. Ludge
        Case Manager