# EXHIBIT 3

**Muskegon Police Department
Incident/Investigation Report, dated January 19, 2010**

# INCIDENT/INVESTIGATION REPORT

| Agency Name | | Case# | 2010-00980 |
|---|---|---|---|
| Muskegon Police Department | | Date / Time Reported | 01/19/2010 12:18 Tue |
| ORI | MI 6160300 | Last Known Secure | 01/19/2010 12:18 Tue |
| Location of Incident | 75 W Apple Av, Muskegon MI | At Found | 01/19/2010 12:18 Tue |
| Premise Type | | Zone/Tract | 1D, MUPD |

**INCIDENT DATA**

| # | Crime Incident(s) | (Com) | Weapon/Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Civil & Family Disputes 98006 | | | | | | |
| #2 | Crime Incident | ( ) | | | | | |
| #3 | Crime Incident | ( ) | | | | | |

**MO**

**VICTIM**

# of Victims: 0    Type:    Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | | | | | | | | |

Home Address:    Home Phone:
Employer Name/Address:    Business Phone:    Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT    Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | SCOTT, BRIANNA MARIE | | | | | | Resident | |

Home Address: [redacted]    Home Phone: [redacted]
Employer Name/Address: [redacted]    Business Phone:    Mobile Phone: [redacted]

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT    Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | DRAKE, MELISSA | | | | | | | |

Home Address: [redacted]    Home Phone: [redacted]
Employer Name/Address: [redacted]    Business Phone:    Mobile Phone: [redacted]

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

DRAKE0084

| Officer/ID# | FLYNN, C. R. (MUPDCRF1) | | |
|---|---|---|---|
| Invest ID# | (0) | Supervisor | LORD, D. A. (MUPDDAL1) |
| **Status** Complainant Signature | | Case Status: Closed 01/20/2010 | Case Disposition: |

Page 1

## Incident Report Additional Name List

| | | | |
|---|---|---|---|
| Muskegon Police Department | | OCA: 2010-00980 | |
| Additional Name List | | | Page 2 |

| | NameCode/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1) | IO  2 | DEJUSTO, MADELYN | | 02/12/1946 | 63 | W | F |
| | Address | 75 W Apple Av, Muskegon, MI | | H: | | | |
| | Empl/Addr | Drake And Scott | | B: | | | |
| | | | | Mobile #: | | | |

DRAKE0085

## INCIDENT/INVESTIGATION REPORT

By: MUPDKIB1, PD-REC-02  01/22/2010

*Muskegon Police Department*

Page 3

Case# 2010-00980

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |

Assisting Officers
OCHARZAK, D.J. (MUPDDJO1), WILLIAMS, J.D. (MUPDJDW1)

Suspect Hate / Bias Motivated:

NARRATIVE

DRAKE0086

| REPORTING OFFICER NARRATIVE | | OCA |
|---|---|---|
| Muskegon Police Department | | 2010-00980 |
| Victim | Offense<br>CIVIL & FAMILY DISPUTES | Date / Time Reported<br>Tue 01/19/2010 12:18 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

01-19-10 1218hrs

I responded to the attorney offices of Drake and Scott at 75 W. Apple Ave in the city of Muskegon in reference to an employee refusing to leave after being terminated. Upon arrival, I met with the caller, SCOTT. She advised that she had just terminated an employee and that the employee was in the office of DRAKE with the door closed.

SCOTT handed me a court order (TRO) that stated that she had control of the company and could make decisions based on the best interest of the company. At this time, I was not aware that DRAKE and SCOTT were in proceedings to dissolve the company and part ways as law firm partners.

I knocked and entered into the office of DRAKE and met with her and DEJUSTO. After a brief discussion, I found that DEJUSTO is the mother to DRAKE and has been employed at DRAKE and SCOTT for some time now. SCOTT terminated DEJUSTO and wanted her to leave the building. DRAKE advised DEJUSTO that she was not terminated and "rehired" DEJUSTO immediately after being let go by SCOTT. DRAKE advised that DEJUSTO would work out of her office until things get resolved.

There is also a valid PPO that DRAKE obtained in Oceana County against SCOTT that allows them to continue to work together but they are not allowed to communicate with each other. This strains the issues further as this civil process continues forward. Due to DRAKE and SCOTT being well known attorneys in Muskegon County, our judges would not get involved in the civil process they are going through so other venues were sought out to deal with this.

After listening to all parties involved, I could not find a valid reason to make DEJUSTO leave the property. DRAKE and SCOTT are still partners and owners of the firm and properties contained. They both can make decisions jointly or seperately in regards to the business and its employees. No assaults took place and things were being handled in an adult manner amongst them. It is readily apparent that the working relationship is strained. SCOTT advised that the computer and phone systems are being monitored for any discrepancies involving the business and its employees. DRAKE immediately stated that she wanted this information documented in the report as this was a federal offense. After hearing this, SCOTT requested that I document that DEJUSTO was now trespassing and that she was going to go over to the county building to obtain paperwork against DEJUSTO for the trespassing.

At this point in this civil process, DEJUSTO is not trespassing as DRAKE rehired her as her employee. DEJUSTO was not warned for trespassing either. Until the court proceedings are completed and a decision is made on the issues at hand, this complaint is civil in nature with no criminal activity noted. CLEARED

Sergeant Flynn

DRAKE0087