UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA DRAKE,
MADELYN DEJUSTO, and
DOUGLAS A. SPRINGSTEAD,

    Plaintiffs,

CASE NO. 1:10-CV-185

v.

HON. ROBERT J. JONKER

BRIANNA SCOTT,

    Defendant.
_____/

## ORDER

The motion for extension of discovery deadline (docket # 20) is **DENIED**. One of three Plaintiffs chose to file bankruptcy after filing this action. The Chapter 7 Trustee may choose to auction the claim, as the motion indicates, but even assuming this claim can be sold, it will necessarily be subject to Plaintiff's attorney's lien. Moreover, all interested parties, including the Trustee, have incentive to dispose of the claim promptly as long as deadlines remain in effect in this case. The bankruptcy filing by one Plaintiff introduces some new procedural dynamics in the case, but at this point nothing in the record persuades the Court that additional time is necessary. All interested parties appear to have appropriate ways to protect their interests and to act reasonably based on their respective view of the actual value of the claims in suit.

Dated:    October 4, 2010        /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                        UNITED STATES DISTRICT JUDGE