**EXHIBIT 4**

Jan. 7, 2010 email from B. Scott to D. Springstead re Remark

From: Brianna Scott <brianna@drakescott.com>
Date: Thu, 7 Jan 2010 17:29:25 -0500
Subject: Remark
To: dspringstead@gmail.com

Mr. Springstead,

I just wanted to let you know that I was advised that yesterday you advised your client to tell me to "kiss my ass." I had never met you before last Thursday, but have heard only good things about you from other attorney's and Judges. I find it unfortunate that you would say something like that to me, as it is totally unprofessional and disrespectful. My attorneys have been nothing but professional and respectful of your client and despite what you may think, have not personalized this matter one iota. I wish that you would afford me the same respect and common courtesy.

Regards,

Brianna T. Scott

--
Sent from my mobile device

1



EXHIBIT
Scott 5
12-2-10  LC

DRAKE0251