## EXHIBIT 8

**Dec. 14, 2010 email from S. Hulst to T. Hubbard
re Discovery**

## Thomas Hubbard

**From:** Stephen J. Hulst [sjhulst@rhoadesmckee.com]
**Sent:** Tuesday, December 14, 2010 11:43 AM
**To:** Thomas Hubbard
**Subject:** RE: Discovery (Drake 3027-001)

Tom,

    I was able to locate emails between Ms. Scott, Ms. Vanderstelt, and Ms. Storck regarding their "monitoring" (without a device) of Ms. Drake and Ms. DeJusto, as Ms. Scott testified to at her deposition. I will send those supplemental documents over. We are informed that Verizon will not provide local phone records. Further, we will not be producing "all emails authored/received by Melissa or Doug" as you request below. My client does not have emails between your clients, and you never hired an expert to perform any sort of forensic email retrieval (which we would object to in any event). I also disagree with your statement below that all of the documents you request are "relevant."

    I will look for your client's supplementation as well, as we agreed.

---

**From:** Thomas Hubbard [mailto:thubbard@dcadvocate.com]
**Sent:** Monday, December 13, 2010 8:02 AM
**To:** Stephen J. Hulst
**Cc:** File
**Subject:** Discovery (Drake 3027-001)

Steve,

I need to know whether you will agree to produce 1) local phone records for Drake & Scott; 2) all emails authored/received by Melissa or Doug which your expert admitted were on the Drake & Scott server, and 3) emails related to the "monitoring" Brianna discussed at her deposition.

The relevance of these documents is self-evident. I'd obviously like to avoid motion practice. Please let me know by mid-day tomorrow. Thanks.

Thomas V. Hubbard
Attorney
Drew, Cooper & Anding
80 Ottawa Ave. N.W.
Aldrich Place, Suite 200
Grand Rapids MI 49503
phone: (616) 454-8300
fax: (616) 454-0036
thubbard@dcadvocate.com

CONFIDENTIALITY NOTICE: This message and any attachment contain attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this message in error, please notify us immediately by return email and delete this message and any attachment from your system.

DISCLOSURE UNDER TREASURY CIRCULAR 230: To ensure compliance with requirements imposed by the IRS, we inform you that, unless specifically indicated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.