**EXHIBIT 9**

Dec. 10, 2010 Charles Boerema
Deposition Excerpts

```
                                                                    1

 1               UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF MICHIGAN

 3                      SOUTHERN DIVISION

 4      _____

 5      MELISSA DRAKE,

 6      MADELYN DeJUSTO, and

 7      DOUGLAS A. SPRINGSTEAD,

 8             Plaintiffs,          Case No. 1:10-CV-185

 9      v.                          Honorable Robert J. Jonker

10      BRIANNA SCOTT,

11             Defendant.

12      _____

13

14              DEPOSITION OF:   CHARLES BOEREMA

15

16

17      DATE:      December 10, 2010

18      TIME:      9:30 a.m.

19      LOCATION:  Rhoades, McKee

20                 161 Ottawa Avenue, N.W., Suite 600

21                 Grand Rapids, Michigan

22      REPORTER:  Kelly M. Kane, RPR, CSR-1470

23

24

25

                     Boerema, Charles 12-10-10
```

22

| | | |
|---|---|---|
| 1 | | entails the rescued email files, trying to basically |
| 2 | | reconnect or reestablish a connection between emails and the |
| 3 | | individual -- the users. |
| 4 | Q. | Now, are emails that go through Microsoft Exchange stored on |
| 5 | | the server? |
| 6 | A. | Yes, in one database. |
| 7 | Q. | And that's everyone in the office that uses Exchange? |
| 8 | A. | Correct. |
| 9 | Q. | And then on January 11th it says, install external hard |
| 10 | | drive for backups, map drive for Melissa. Do you see that? |
| 11 | A. | Yes. |
| 12 | Q. | Do you know what that means, either based on personal |
| 13 | | experience or as an expert? |
| 14 | A. | From personal experience, the "install external hard drive" |
| 15 | | would more than likely be a USB hard drive on the server. |
| 16 | | I do remember that a main point of grief with that |
| 17 | | catastrophic failure was they had no backups. And so we |
| 18 | | were really scrambling to try to recover any data that we |
| 19 | | could. And so I vaguely remember us encouraging them that, |
| 20 | | you need some form of backup, and an external hard drive was |
| 21 | | the easiest, cheapest alternative rather than putting in a |
| 22 | | tape drive. So that portion of it would be more than likely |
| 23 | | an external USB drive physically connected to the server. |
| 24 | Q. | And would that external USB drive back up the Exchange |
| 25 | | emails? |

Boerema, Charles 12-10-10