# EXHIBIT 1

Wiseman Enterprises Invoice No. 20927,
dated January 7, 2010

# Wiseman Enterprises, Inc.
4250 Airline Road
Muskegon, MI 49444
Phone: (231) 830-1234  Fax: (231) 830-0034

# Invoice

JAN 0 1 2010

| | |
|---|---|
| Number | 20927 |
| Date: | 1/7/2010 |

**Bill To**
DRAKE AND SCOTT PLLC
75 WEST APPLE AVENUE
MUSKEGON, MI 49440

JAN 1 0 2010

**Ship To**
DRAKE AND SCOTT PLLC
75 WEST APPLE AVENUE
MUSKEGON, MI 49440

Source: S. O. - 22732

| Acct. # | A/R Cust. # | Customer P.O. | Reference | Sales Rep | Ship Via | Terms |
|---|---|---|---|---|---|---|
| 1419 | DRAKE AND | | | Chuck Boerema | | Net 10 |

Work Performed: 1/4: Troubleshoot downed server. Open case with Microsoft and begin reload on server. (Josh)
1/5 Install new data connection for server. (Joel)
1/5: Finish server reload. Work with Microsoft to restore mail data, reinstall server and configure all workstations. (Josh and Chuck) Rejoined PC's to domain and copied old profiles.

| Item ID | Description | Qty | UOM | Ea. Price | Total |
|---|---|---|---|---|---|
| P6B | APC SURGEARREST 6 CON SURGE | 1 | EA | $8.99 | $8.99 |
| 5ENP4P24 | CAT 5E NON PLENUM | 50 | FT | $0.18 | $9.00 |
| 5G108 | GIGIMAX CAT 5E DATA JACK | 1 | EA | $4.75 | $4.75 |
| 41089 | EXTERNAL HOUSING BOX | 1 | EA | $3.60 | $3.60 |
| Labor, Integration Regular | On-Site Integration-reduced. | 13.00 | HR | $93.50 | $1,215.50 |
| Labor, Cabling | Cabling Service | 1.00 | HR | $60.00 | $60.00 |
| Labor, Integration Regular | On-Site Integration | 2.50 | HR | $0.00 | $0.00 |

| | |
|---|---|
| Item Total: | $1,301.84 |
| Tax at 6.000%: | $1.58 |
| Thank you!  Total Amount Due: | $1,303.42 |