# EXHIBIT 8

April 12, 2010 Wiseman Inc. Invoice #21274 to B. Scott
re Cracking Security File

# Invoice

## wiseman inc
### INFORMATION TECHNOLOGY

APR 15 2010

| Date | Invoice # |
|---|---|
| 4/12/2010 | 21274 |

| Bill To | Ship To |
|---|---|
| SCOTT, BRIANNA PLLC<br>75 WEST APPLE AVENUE,<br>MUSKEGON, MI 49440 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Net 10 | MHW | 4/12/2010 | | | |

| Quantity | Item Code | Description | Price Each | Serial Number | Amount |
|---|---|---|---|---|---|
| 1 | IS | 3/31: Crack security file on server and reset password to administrator. Remove all remote access except for administrator. | 93.50 | | 93.50 |
| | | Michigan Sales Tax | 6.00% | | 0.00 |

Thank you~

**Total** $93.50

Wiseman Enterprises Inc
4250 Airline Rd   Muskegon, MI 49444
231-830-1234   231-830-0034 Fax